STEWART v. VAN VALKENBURGH, Judge, etc. (Circuit Court of Appeals, Eighth Circuit. February 9, 1923.) No. 236. Petition for mandamus to the District Court of the United States for the Western District of Missouri. R. R. Brewster and William B. Bostian, both of Kansas City, Mo., for peti-

tioner. Charles C. Madison, U. S. Atty., and W. H. Hallett, Asst. U. S. Atty., both of Kansas City, Mo., for respondent.

PER CURIAM. Petition for rule on Hon. Arba S. Van Valkenburgh to show cause why writ of mandamus should not issue denied.